GARY M. RESTAINO
United States Attorney
District of Arizona
CARIN C. DURYEE
REBECCA S. GARVEY
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Carin.Duryee@usdoj.gov
Rebecca.garvey@usdoj.gov
Attorneys for Plaintiff

FILED

2022 SEP 28 AM 4: 13

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR-22-1660-TUC-RM(LCK)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> Eric Lavon Williams, <br> (Counts 1-5) <br><br> Cori Marie Williams <br> (Counts 6, 7) <br><br> Defendants. | **S U P E R C E D I N G** <br> **I N D I C T M E N T** <br><br> Violations: <br> 18 U.S.C. § 2252(a)(2) and (b)(1) <br> (Distribution of Child Pornography) <br> Counts 2-4, 6, 7 <br><br> 18 U.S.C. § 2252(a)(2) and (b) <br> (Receipt of Child Pornography) <br> Count 1 <br><br> 18 U.S.C. § 2252A(a)(5)(B) and (b)(2) <br> (Knowing Access of Child Pornography) <br> Count 5 <br><br> VICTIM CASE |

**THE GRAND JURY CHARGES:**

**COUNT ONE**

**RECEIPT OF CHILD PORNOGRAPHY**

On or about March 22, 2022, in the District of Arizona, the defendant, ERIC LAVON WILLIAMS, using any means or facility of interstate and foreign commerce, did knowingly receive child pornography, that is, visual depictions, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct, which had been shipped and transported in interstate and foreign commerce by means of computer, or otherwise, including, but not limited to, the following file:

"abe5103ed03b77c5222dc24a5c3a23a7"

All in violation of Title 18, United States Code, Sections 2252(a)(2) and (b).

## COUNT TWO

## DISTRIBUTION OF CHILD PORNOGRAPHY

On or about March 31, 2022, in the District of Arizona, ERIC LAVON WILLIAMS, using any means or facility of interstate and foreign commerce, did knowingly distribute child pornography, that is, visual depictions, the production of which involved the use of minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct, which had been shipped and transported in interstate and foreign commerce by means of computer, or otherwise, including, but not limited to, the following files:

"7335c53c-c440-4876-8552-7fb49f51e2f8.mp4"

"75c3d653-8248-4e16-8484-c1d6a133e84e.mp4"

All in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT THREE

## DISTRIBUTION OF CHILD PORNOGRAPHY

On or about April 8, 2022, in the District of Arizona, ERIC LAVON WILLIAMS, using any means or facility of interstate and foreign commerce, did knowingly distribute child pornography, that is, visual depictions, the production of which involved the use of minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct, which had been shipped and transported in interstate and foreign commerce by means of computer, or otherwise, including, but not limited to, the following files:

"1f2f94a7-1cec-4871-8953-c3e3b2a8f533.mp4"

"0e7f3403-071e-4337-a2fe-a00a6503e919.mp4"

All in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT FOUR

## DISTRIBUTION OF CHILD PORNOGRAPHY

On or about April 10, 2022, in the District of Arizona, ERIC LAVON WILLIAMS, using any means or facility of interstate and foreign commerce, did knowingly distribute child pornography, that is, visual depictions, the production of which involved the use of minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct, which had been shipped and transported in interstate and foreign commerce by means of computer, or otherwise, including, but not limited to, the following file:

"7e9dc05c-8362-49abb263-a8fde34d68c3.mp4."

All in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT FIVE

## KNOWING ACCESS OF CHILD PORNOGRAPHY

Beginning on a date unknown and continuing through June 29, 2022, in the District of Arizona, the defendant, ERIC LAVON WILLIAMS, using any means or facility of interstate and foreign commerce, did knowingly access with intent to view child pornography, that is, visual depictions, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct, which had been shipped and transported in interstate and foreign commerce by means of computer, or otherwise; that is, ERIC LAVON WILLIAMS did use a **Samsung Galaxy S9** and the internet to view child pornography images, including, but not limited to, the following files:

"abe5103ed03b77c5222dc24a5c3a23a7"

"7335c53c-c440-4876-8552-7fb49f51e2f8.mp4"

"1f2f94a7-1cec-4871-8953-c3e3b2a8f533.mp4"

"653087d75d7d05d63f15f75da7c5d4ba89fd90642d00515459b8cfdbd8810f3b"

"0e7f3403-071e-4337-a2fe-a00a6503e919.mp4"

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## COUNT SIX

## DISTRIBUTION OF CHILD PORNOGRAPHY

On or about March 22, 2022, in the District of Arizona, CORI MARIE WILLIAMS, using any means or facility of interstate and foreign commerce, did knowingly distribute child pornography, that is, visual depictions, the production of which involved the use of minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct, which had been shipped and transported in interstate and foreign commerce by means of computer, or otherwise, including, but not limited to, the following files:

"abe5103ed03b77c5222dc24a5c3a23a7"

"EioSFUd1b3VCcGlaZUpjVWVjWkxYZIBtRhoAGgAiBgiH44uTBjlBAVAEYAE"

"EioSFVNWZTIJYXJ3MW1jNXRJbnBFdmZjdhoAGgAiBgi15luTBjlBflAEYAE."

"EioSFWJhYWU5b0hVekx3T295aUtpenF6VRoAGgAiBgipj4yTBjlBAVAEYAE"

"EioSFWpoTDRUa0RjYkVvS1lSVFNnaDM0aBoAGgAiBgiqj4yTBjlBAVAEYAE"

"EioSFVlqQzl6NkVHSDhmWnZ4dG95TmpwVxoAGgAiBgitj4yTBjlBAVAEYAE"

All in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT SEVEN

## DISTRIBUTION OF CHILD PORNOGRAPHY

On or about April 10, 2022, in the District of Arizona, CORI MARIE WILLIAMS, using any means or facility of interstate and foreign commerce, did knowingly distribute child pornography, that is, visual depictions, the production of which involved the use of

minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct, which had been shipped and transported in interstate and foreign commerce by means of computer, or otherwise, including, but not limited to, the following file:

"EioSFW5DanFEWWh6RWd1RElijNUpjTG1teRoAGgAiBgi5ilyTBjlBf1AEYAE"

All in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

A TRUE BILL

/S/

FOREPERSON OF THE GRAND JURY
Dated: September 28, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/S/
CARIN C. DURYEE
REBECCA S. GARVEY
Assistant U.S. Attorney